# Morgan Lewis

ACCEPTED
15-25-00088-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/15/2025 6:46 PM
CHRISTOPHER A. PRINE
CLERK

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

7/15/2025 6:46:29 PM
CHRISTOPHER A. PRINE
Clerk

**Heidi Rasmussen**
Associate
+1.713.890.5122
heidi.rasmussen@morganlewis.com

July 15, 2025

**VIA E-FILE**

Christopher R. Prine
Clerk of Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:   *In re AstraZeneca Pharmaceuticals LP*
      **Court of Appeal No. 15-25-00088-CV**
      **Trial Court Case No. 22-0426**

Dear Mr. Prine:

This letter is to inform you that Relator, AstraZeneca Pharmaceuticals LP, intends to file a Reply Brief in support of its Petition for Writ of Mandamus on or before July 31, 2025.

If the Court would like the Reply Brief to be filed sooner, kindly advise.

Sincerely,

*Heidi Rasmussen*

Heidi Rasmussen

HR

cc: All Counsel of Records (Via eserve)

**Morgan, Lewis & Bockius** LLP

1000 Louisiana Street
Suite 4000
Houston, TX 77002
United States

☎ +1.713.890.5000
🖷 +1.713.890.5001

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 103177094
Filing Code Description: Letter
Filing Description: Letter re Reply Brief
Status as of 7/16/2025 7:04 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kennon L.Wooten | | kwooten@scottdoug.com | 7/15/2025 6:46:29 PM | SENT |
| Angela Goldberg | | agoldberg@scottdoug.com | 7/15/2025 6:46:29 PM | SENT |
| Jonathan Wilkerson | 24050162 | jonathan.wilkerson@lanierlawfirm.com | 7/15/2025 6:46:29 PM | SENT |
| Melissa Smith | 24001351 | melissa@gillamsmithlaw.com | 7/15/2025 6:46:29 PM | SENT |
| William Peterson | 24065901 | willpete@gmail.com | 7/15/2025 6:46:29 PM | SENT |
| Samuel Baxter | 1938000 | sbaxter@mckoolsmith.com | 7/15/2025 6:46:29 PM | SENT |
| Brian McBride | 24002554 | scott.mcbride@morganlewis.com | 7/15/2025 6:46:29 PM | SENT |
| Zeke DeRose | 24057421 | zeke.derose@lanierlawfirm.com | 7/15/2025 6:46:29 PM | SENT |
| Jennifer Truelove | 24012906 | jtruelove@mckoolsmith.com | 7/15/2025 6:46:29 PM | SENT |
| Alex Brown | 24026964 | alex.brown@lanierlawfirm.com | 7/15/2025 6:46:29 PM | SENT |
| Lynne Kurtz-Citrin | 24081425 | lynne.kurtz-citrin@oag.texas.gov | 7/15/2025 6:46:29 PM | SENT |
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@hhs.texas.gov | 7/15/2025 6:46:29 PM | SENT |
| W. Mark Lanier | 11934600 | jrm@lanierlawfirm.com | 7/15/2025 6:46:29 PM | SENT |
| Heidi Rasmussen | 24090345 | heidi.rasmussen@morganlewis.com | 7/15/2025 6:46:29 PM | SENT |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 7/15/2025 6:46:29 PM | SENT |
| Ruth Adams | | radams@scottdoug.com | 7/15/2025 6:46:29 PM | SENT |
| Steve McConnico | | smcconnico@scottdoug.com | 7/15/2025 6:46:29 PM | SENT |
| Jordan Kadjar | | jkadjar@scottdoug.com | 7/15/2025 6:46:29 PM | SENT |
| John Dodds | | john.dodds@morganlewis.com | 7/15/2025 6:46:29 PM | SENT |
| Erica Jaffe | | erica.jaffe@morganlewis.com | 7/15/2025 6:46:29 PM | SENT |
| W. Mark Lanier | | WML@LanierLawFirm.com | 7/15/2025 6:46:29 PM | SENT |
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 7/15/2025 6:46:29 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 103177094
Filing Code Description: Letter
Filing Description: Letter re Reply Brief
Status as of 7/16/2025 7:04 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 7/15/2025 6:46:29 PM | SENT |
| Lauren Sibley | | lauren.sibley@oag.texas.gov | 7/15/2025 6:46:29 PM | SENT |
| Cynthia  Lu | | cynthia.lu@oag.texas.gov | 7/15/2025 6:46:29 PM | SENT |
| Steven Strauss | | steven.strauss@morganlewis.com | 7/15/2025 6:46:29 PM | SENT |
| Paige Cheung | 24116193 | paige.cheung@oag.texas.gov | 7/15/2025 6:46:29 PM | ERROR |

Associated Case Party: SCEF, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| joel leach | | jleach@mckoolsmith.com | 7/15/2025 6:46:29 PM | SENT |
| denise lopez | | dlopez@mckoolsmith.com | 7/15/2025 6:46:29 PM | SENT |
| Angel Devine | | adevine@mckoolsmith.com | 7/15/2025 6:46:29 PM | SENT |
| Radu Lelutiu | | rlelutiu@mckoolsmith.com | 7/15/2025 6:46:29 PM | SENT |